IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**27 AND 29 PRAHL'S DRIVE, NEOGA, ILLINOIS 62447** | Case No. __22-MJ-4042-RJD__<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ANTICIPATORY SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, Keith Nothom, being duly sworn, declare and state as follows:

### INTRODUCTION AND AFFIANT'S BACKGROUND, TRAINING & EXPERIENCE

1.    I, your affiant, am a Special Agent (SA) with the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) assigned to the office in Springfield, Illinois RAC.  I have been employed as a Special Agent since June 20, 2010.  Prior to being a Special Agent, I was a Deputy Sheriff in Knox County, Illinois from April 1997 to June 2010, as well as and a part time Police Chief in East Galesburg, Illinois from June 2005 until June 2010.  While working in those positions, I have investigated numerous firearms related cases.  When I began my Special Agent career, I attended 24 weeks of training at the Federal Law Enforcement Training Center (FLETC) in Glynco GA.  While there, I was trained in different investigation methods including training on how to conduct Importation and Firearms related investigations.

2.    As part of my duties, I am assigned to investigate alleged violations of the Firearms Act, including activities which constitute the illicit trafficking and/or smuggling of Firearms and Firearms parts into the United States.

3.    Information in this affidavit is based on my personal knowledge, information officially furnished to me by other law enforcement officers, witnesses, or confidential sources, during the

course of the investigation thus far. This affidavit does not include all information that has been gathered, but merely includes an amount of evidence sufficient to support a finding of probable cause.

## PURPOSE AND SCOPE OF AFFIDAVIT

4.    This Affidavit is made in support of an application for an anticipatory warrant to search the premises located at 27 and 29 Prahl's Drive, Neoga, Illinois 62447, (hereinafter referred to as the "SUBJECT PREMISES"). The SUBJECT PREMISES to be searched is more particularly described as:  A white Mobile Home with tan shutters, facing Lake Mattoon. The suspect also owns the large garage next to the residence, which is listed at 29 Prahl's Drive, Neoga, Illinois 62247. The garage is an oversized two car garage with an enclosed space the size of an additional vehicle and/or workshop.  The garage has grey siding with a blue metal roof with a two-car sized garage door and two known external walk-through doors.

5.    The purpose of this application is to seize evidence of violations of Title 18, United States Code, Section 922, and the National Firearms Act, Title 26 United States Code, Section 5861(d) which, among other things, makes it a crime to manufacture, distribute, sell, or possess a firearm Silencer/muffler (suppressor) without a federal tax stamp.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

6.    On August 2, 2022, Customs and Border Protection (CBP) JFK Airport New York, intercepted a mail parcel with tracking number 16164562950 from Mainland China destined to Neoga, IL. The parcel was examined for reasons relating to admissibility into the United States and is subject to boarder search, pursuant to Title 19, United States Code, Section 1467. This states that items entering the United States are subject to Search. The parcel did have a customs declaration affixed to it indicating the item was a "TIRE REMOVAL EXTENSION TUBE", to the following listed Consignee: "Jeffrey Creek 27 Prahl's Dr, Neoga, IL 62447."

7.      During the exam, a CBP Officer opened the package and located a black tube that resembled a firearm Silencer (suppressor).  The black tube's enclosed end was unscrewed and discovered to contain baffles. One end of the tube was threaded to fit another device, which gave the appearance that the item is threaded inside to fit a threaded barrel of a pistol or rifle, while the other end was sealed, but unscrewed, and came with another nut which was open in the middle allowing the hole in the baffle to be open which held the baffle in place allowing bullets to travel through.

8.      The black tube, which was later identified as a silencer or suppressor, and shipping envelopes were then seized pursuant to Title 19, United States Code, Section 1595a(c)(1)(B) and placed in Customs and Border Protection's custody and was secured in their evidence vault. HSI Agents were then notified of the seizure, and arrangements were subsequently made for the seized contraband to be sent via controlled delivery to the RAC Springfield, Illinois HSI office.

9.      On August 9, 2022, I conducted a records check, which revealed that the package consignee JEFFREY CREEK (hereinafter known as the SUBJECT PERSON) was associated with the SUBJECT PREMISES. Records indicate that the SUBJECT PERSON owns the SUBJECT PREMISES and has vehicles registered to that residence.  During surveillance activities conducted on August 16, 2022 agents confirmed the location of the residence by conducting a physical drive by the SUBJECT PREMISES. On August 23, 2022, agents conducted another surveillance that confirmed a vehicle owned by and registered to the SUBJECT PERSON was present at the SUBJECT PREMISES.   The SUBJECT PERSON currently has two vehicles registered to him a 2015 Harley Davidson Motorcycle License EP4837 and a 1999 Toyota Utility License 1709281B.

10.     On August 9, 2022, I received a shipment history of the SUBJECT PERSON.  I was later able to review the information and it showed that the SUBJECT PERSON has ordered and received 134 items from out of the United States, and of those 134 shipments: 117 came from China (same

as this shipment), 9 from Korea, 2 from Singapore, 2 from Zambia Africa, 1 from Canada, 1 from United Arab Emirates, 1 from Tuvalu, and 1 from Thailand.

11.   On Friday August 19, 2022, the package was received from CBP through FedEx.  The package was not opened until August 22, 2022, when I was able to process it, the package contained the original packaging and the black tube, which was later inspected and confirmed by ATF to be a Silencer (Suppressor).  The Silencer (suppressor) is depicted in "Attachment C" to this application.  The evidence was secured at the HSI Office in the evidence room until a controled delivery can take place.

12.   Based upon my training and experience, subjects possessing illegal firearms tend to also be involved in other illegal activity.  While I was conducting this investigation on the SUBJECT PERSON, I found he was previously convicted of Attempt to Manufacture Methamphetamine (Count 1) and Possession of Firearm in Relation to Drug Trafficking Offense (Count 2) in the Central District of Illinois, case number 00-CR-20029-MPM.  Both are felonies punishable by imprisonment for a term exceeding one year.  Supervised Release in that matter was transferred to the Southern District of Illinois, case number 15-CR-40071-JPG, to Neoga, Illinois.  During the offense conduct surrounding that charge, the SUBJECT PERSON possessed a firearm, which was converted to a fully automatic weapon, possessed other parts to convert firearms to fully automatic weapons, and a firearm with the serial number removed.  Based on my training and experience, I know individuals who traffic in firearms and illegal firearms parts to have the following characteristics:

   a.   Persons who order illegal firearms parts tend to order them for firearms they already possess; and

b.      That persons who receive firearms and firearms parts, through overnight parcels, often have done so in the past and are prepared to do so in the future. They tend to keep evidence of this activity, including mailing labels, both used and unused; and

c.      That persons who purchase firearms parts may have tools used to alter firearms and may have other machining tools for making firearms parts; and

d.      That persons who order these parts and other items from out of the United States tend to place these orders through electronic devices, utilizing the internet. These devices would include computers, tablets, cell phones or any other internet capable device.

e.      That persons who sell these items that are illegally obtained through false customs declaration will also sell parts or full firearms illegally obtained, by selling these items using electronic devices through the internet or complete sales by phone, text messages or personal messaging applications.  These devices would include computers, tablets, cell phones or any other internet capable device.

13.     Because this investigation is ongoing and its success would be jeopardized if the contents of this affidavit were made public at this time, I am requesting that this affidavit and the accompanying search warrant documents be sealed until further court order.

**SEARCH LOCATION DETAILS**

14.     The SUBJECT PREMISES is more fully described below as a Mobile Home single-family residence, being white in color, with tan shutters facing Lake Mattoon, with a white coating on the roof.  The address numbers of "27" are located above the northwest corner of the residence, which is facing Prahl's Drive.   A detached garage is located at the south side of the SUBJECT

PREMISES, which is designated as 29 Prahl's Drive. A photograph of the SUBJECT PREMISES has been included as Attachment A. The areas to be searched include: the SUBJECT PREMISES, any attached or detached garage or outbuildings, containers, concealed compartments, and any safes contained within the building or garage or outbuildings on the property, and any vehicles parked on the premises.

## SEARCH REQUEST AND SEARCH PROCEDURES

15.     Based on your affiant's training and experience and the training and experience of the investigative team that is assisting with this investigation, it is your affiant's belief that considering the information learned in the investigation thus far, there is probable cause to believe that the SUBJECT PREMISES is being used as a location to receive, store, and/or distribute illegal firearms or firearms parts. Wherefore, your affiant respectfully requests that an anticipatory search warrant, execution of which is contingent upon fulfillment of the conditions described herein, be issued authorizing any law enforcement officer under your affiant's direction, to search the SUBJECT PREMISES.

16.     A controlled delivery of the above-described package is anticipated. Agents plan on delivering the package to an occupant of SUBJECT PREMISES, allowing the package to enter the threshold of the SUBJECT PREMISES, and provide sufficient time for the individual who delivered the package to depart. This anticipatory search warrant will activate upon delivery of the package to an adult receiving it and taking it into the SUBJECT PREMISES. When the package is taken into the SUBJECT PREMISES, agents will then approach the SUBJECT PREMISES, knock and announce their presence before making entry. Once the SUBJECT PREMISES has been cleared and determined to be safe, agents will begin the search, and seize items incorporated in Attachment B, which constitute evidence of violations of Title 18, United

States Code, Sections 922 and Title 26 United States Code, Section 5861(d), and fruits thereof. If the above controlled delivery does not take place, the anticipatory search warrant will not be executed.

## CONCLUSION

17.    Based on the foregoing, and upon the triggering event of the controlled delivery of the above-described package, there is probable cause to believe that evidence of violations of Title 18, United States Code, Section 922, and Title 26, United States Code, Section 5861(d) are located within the SUBJECT PREMISES.

FURTHER AFFIANT SAYETH NOT.

Keith Nothom, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me and subscribed to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and other reliable electronic means, this __2nd__ day of September, 2022.

REONA J. DALY
United States Magistrate Judge
Southern District of Illinois

CASEY E. A. BLOODWORTH
Assistant United States Attorney

## ATTACHMENT A

27 and 29 Prahl's Drive, Neoga, Illinois, more fully described as follows:

27 Prahl's Drive is a single story white Mobile home with a white roof. The front of the residence appears to face Lake Mattoon and there are tan shutters on that side of the residence. The property of 29 Prahl's Drive is a large garage which has room for an additional vehicle and/or workshop.  The garage has grey siding with a blue metal roof with a two-car sized garage door and two known external walk-through doors.









## ATTACHMENT B

## ITEMS TO BE SEIZED

United States Postal Service parcel with tracking number 16164562950 and its contents, including the packaging, labels, invoices contained within, and the silencer described in this affidavit and depicted in Attachment C; and

Tools of the trade of altering firearms to fit Silencers; and

Threading tools or any threaded barrels; and

Items for threading barrels or converting Firearms to fit silencers; and

Books, notes, ledgers, computer files, or other records evidencing the ordering, purchase, receipt, sale, or distribution of Firearms, including information and data stored in the form of magnetic or electronic means, and the equipment, materials, and documentation necessary to enter or retrieve that information, such as complete computer systems, diskettes, software, and instruction manuals; and

Books, notes, or other records containing names, addresses, or telephone numbers; and

Substantial amounts of currency exceeding $5,000 (subject has no known employment); and

Financial records relating to obtaining, transferring, depositing, withdrawing, converting, or storing large amounts of currency, or spending large sums of money, including, but not limited to, statements of account, deposit slips, money order or cashier's check receipts, cancelled checks, check registers, passbooks, other records from financial institutions, ledgers, financial statements, stock certificates, bonds, other financial instruments, credit card records, and receipts; and

Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence; and

Any and all cell phones, tablets, or mobile device and the content, data and information contained in said devices to include any storage media, such as SD cards and Micro SD cards and the like; and

This warrant specifically authorizes the complete search and seizure of any cell phone, tablet, or mobile device, and including the use of forensic software to conduct the search, and seize any communications via phone, text, messaging services or email of any illegal weapons transactions domestic or foreign, and any data relevant to the use and ownership of any device, that includes, but is not limited to, call logs, documents, messages, chats, data related to location history, e-mails, photos, images, videos, electronic recordings, social media information and content, metadata, and notes.

## ATTACHMENT C







Page **11** of **12**

